UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GREG BUJAK,
    Plaintiff,

vs.                                       CASE NO. 8:08-CIV-1382-T-17-EAJ

NATIONAL CITY MORTGAGE, etc.,
    Defendant.
_____/

### ORDER

This cause is before the Court on the defendant's motion to dismiss (Docket No. 10), response thereto (Docket No. 11), the plaintiff's motion to consolidate (Docket No. 12) and response thereto (Docket No. 13). As to the motion to dismiss, the plaintiff concedes that the motion is well-taken and asks the Court to grant the motion with leave to amend. The Court agrees. As to the motion to consolidate, the Court find the response persuasive on this issue. Accordingly, it is

**ORDERED** that defendant's motion to dismiss (Docket No. 10) be **granted** and the plaintiff shall have ten (10) days from this date to file an amended complaint. Failure to timely file the amended complaint will result in complete dismissal of this cause. Further, the plaintiff's motion to consolidate (Docket No. 12) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 1st day of Otctober, 2008.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record